UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BLUE BONNET QS HOTEL, L.L.C.  CIVIL ACTION NO. 09-820-SCR
d/b/a QUALITY SUITES HOTEL OF
BATON ROUGE

VERSUS

CHUBB CUSTOM INSURANCE  MAGISTRATE JUDGE RIEDLINGER
COMPANY

### ORDER GRANTING EXPEDITED HEARING ON MOTIONS

Considering (1) Chubb Custom Insurance Company's Motion for Expedited Hearing on Motion to Strike Expert Witness Report and Testimony of Michael B. Burris, record document number 33, (2) Chubb Custom Insurance Company's Motion for Expedited Hearing on Motion to Compel Discovery Responses, record document number 35, and (3) the Motion for Expedited Hearing on Motion to Intervene filed by 9138 Bluebonnet Centre Boulevard Holdings, LLC, record document number 36;

**IT IS ORDERED** that the motions for expedited hearing are granted.  Any opposition or other responses to Chubb Custom Insurance Company's Motion to Strike Plaintiff's Expert Witness Report and Testimony,[1] Chubb Custom Insurance Company's Motion to Compel Discovery Responses,[2] and the Motion to Intervene filed by 9138 Bluebonnet Centre Boulevard Holdings, LLC[3] shall be filed by September 13, 2010, at 5:00 p.m., at which time the motions shall be deemed submitted for a decision.

---

[1] Record document number 32.
[2] Record document number 34.
[3] Record document number 30.

Order - Expedite - Strike0831091927 AM.doc

- 2 -

Furthermore;

This is a case proceeding before the magistrate judge pursuant to 28 U.S.C. § 636(c). Unless proposed intervenor 9138 Bluebonnet Centre Boulevard Holdings, LLC also consents to proceed before a U.S. Magistrate Judge pursuant to § 636(c), all parties will not have consented, the order referring the case to magistrate judge for further proceedings will be vacated, the current pretrial conference and the trial dates will be canceled, with new pretrial conference and trial dates being assigned by the district judge at some time after all of the scheduling order deadlines have expired. The parties should also address in their opposition or response to the Motion to Intervene whether the effect of the intervention on the ultimate disposition of the case is a factor which should be considered.

Baton Rouge, Louisiana, August 31, 2010.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE